**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GNEMI, LLC D/B/A LOGAN FARMS, <br><br> Plaintiff, <br><br> v. <br><br> AGRI STATS, INC., BUTTERBALL LLC, CARGILL, INCORPORATED, CARGILL MEAT SOLUTIONS CORPORATION, COOPER FARMS, INC., FARBEST FOODS, INC., FOSTER FARMS, LLC, FOSTER POULTRY FARMS, THE HILLSHIRE BRANDS COMPANY, HORMEL FOODS CORPORATION, HORMEL FOODS, LLC, HOUSE OF RAEFORD FARMS, INC., PERDUE FARMS, INC., PERDUE FOODS LLC, TYSON FOODS, INC., TYSON FRESH MEATS, INC. AND TYSON PREPARED FOODS, INC., <br><br> Defendants. | No. 1:20-cv-7371 <br> Hon. Virginia Kendall <br> Magistrate Judge Jeffrey Cummings |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Gnemi, LLC d/b/a Logan Farms ("Plaintiff") voluntarily dismisses its claims without prejudice against all Defendants. This notice of dismissal is made without prejudice to Plaintiff's right to participate as a putative class member and/or a named class representative in the case captioned *Sandee's Bakery d/b/a Sandee's Catering, Bakery & Deli, et al. v. Agri Stats, Inc., et al.*, Case No. 20-CV-2295 (N.D. Illinois).

Respectfully submitted,

*/s Shannon M. McNulty*
Robert A. Clifford
Shannon M. McNulty
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
rac@cliffordlaw.com
smm@cliffordlaw.com
Telephone: (312) 899-9090

John "Don" Barrett
David McMullan, Jr.
Sarah Sterling Starns
BARRETT LAW GROUP, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
sstarns@barrettlawgroup.com

Shawn M. Raiter
LARSON • KING, LLP
30 East Seventh Street • Suite 2800
St. Paul, MN 55101
Direct: 651-312-6518
sraiter@larsonking.com

*Counsel for Plaintiff Gnemi, LLC d/b/a Logan Farms and the Proposed Class*

739753706